In the Matter of the Adoption of ARLENE S. MEERSAND, an Infant. EMIL MEERSAND, Appellant; MARK MEERSAND et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*Milton B. Knox* for motion.

*Arthur J. Harvey* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.